**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Attorney for Trustee

Daniel E. Straffi

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| Sherman & Zalenko, LLC | ) |
| | ) |
| Debtor. | ) Chapter 7 Proceeding |
| | ) Case No. 21-13100/KCF |
| | ) |
| Daniel E. Straffi, Trustee | ) Adv. Pro. No. 22-01096/KCF |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE OF SUMMONS** |
| MCA Fixed Payment, LLC d/b/a | ) **AND COMPLAINT** |
| Reliant Funding | ) |
| | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Daniel E. Straffi, Esq. hereby certifies as follows:

1. The Summons, Complaint and Notice of Pretrial in the within matter were served on defendant, MCA Fixed Payment, LLC d/b/a Reliant Funding on April 19, 2022 by certified and regular mail, postage prepaid. A copy of the letter is annexed as Exhibit "A".

2. I certify that the foregoing statement(s) made by me are true. I am aware that if any of the foregoing statement(s) made by me are willfully false, I am subject to punishment.

Dated: 4/19/22

_____
DANIEL E. STRAFFI, ESQ.
Attorney for Plaintiff



| DANIEL E. STRAFFI, ESQ. | 670 COMMONS WAY | DANIEL E. STRAFFI, JR, ESQ.* |
| bktrustee@straffilaw.com | TOMS RIVER, NJ 08755 | familyclient@straffilaw.com |
| | T: (732) 341-3800 | bkclient@straffilaw.com |
| | F: (732) 341-3548 | |
| | www.straffilaw.com | * R. 1:40 Qualified Mediator |
| | infodocuments@straffilaw.com | |

**Certified and Regular Mail**

9489 0090 0027 6431 3792 54

April 19, 2022

MCA Fixed Payment, LLC d/b/a
Reliant Funding
525 Broadhollow Road, Ste. 200
Melville, NY 11747
Attn: Officer, General or Managing Agent

        Re: Sherman & Zalenko, LLC
           Case No: 21-13100/KCF
           Straffi v. MCA Fixed Payment, LLC d/b/a
           Reliant Funding
           Adv. No: 22-01096/KCF

Dear Sir or Madam:

In connection with the above matter, enclosed please find the following documents:

    (1) Summons and Notice of Pretrial Conference;
    (2) Pretrial Instructions;
    (3) Complaint;
    (4) Mediation Order; and
    (5) Joint Order Scheduling Pretrial Proceedings and Trial.

Please be advised that the Pretrial Hearing in the above matter is scheduled for **June 21, 2022** at **2:15** p.m.

Please mark your calendar accordingly.

            Very truly yours,

            Daniel E. Straffi

DES:jmr
Enclosures

